UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EUNICE LOPEZ,                                          Case No.: _____

                   Plaintiff,

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA
d/b/a CIGNA,

                   Defendant.

_____/

## SUMMONS IN A CIVIL ACTION

To**:   LIFE INSURANCE COMPANY OF NORTH AMERICA
c/o Registered Agent
CHIEF FINANCIAL OFFICER
200 E. GAINES ST
TALLAHASSEE, FL 32399-0000**

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**MARIA T. SANTI, ESQ.**
Florida Bar No. 117564
Your Insurance Attorney, PLLC
*Health and Medicine Law Firm Division*
*Counsel for Plaintiff*
**2601 S. Bayshore Drive,18th Floor
Miami, FL 33133
Ph: 305-444-5969
Service email:**
health@mellawyers.com
**Attorney email:**
msanti@yourinsuranceattorney.com
jnunez@yourinsuranceattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.


_____

CLERK OF COURT

Date:

Signature of Clerk or Deputy Clerk