UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:20-CV-25259-CMA

EUNICE LOPEZ,

    Plaintiff,

v.

LIFE INSURANCE COMPANY
OF NORTH AMERICA, d/b/a CIGNA,

    Defendant.
_____/

## JOINT PRETRIAL STIPULATION

COME NOW the parties, by and through their undersigned counsel and file their Joint Pretrial Stipulation in accordance with Rule 16.1(e) of the Local Rules of the United States District Court for the Southern District of Florida and this Court's Order Setting Bench Trial and Pre-Trial Schedule [ECF 9] entered on February 5, 2021, as follows:

**(1)** **Short concise statement of case by each party:**

*Plaintiff's Statement:*

Plaintiff, EUNICE LOPEZ, was employed by Brown & Brown, Inc. and was hired on or about August 3, 2015. Brown & Brown, Inc. as the employer, secured welfare benefits issued through Life Insurance Company of North America ("LINA") d/b/a Cigna. LINA acted as the claim's administrator for Brown & Brown, Inc. The welfare benefits provided by LINA included Long Term Disability benefits.

On or about May 15, 2019, Plaintiff ceased working due to anxiety and depression. Plaintiff immediately notified LINA and reported the claim. Plaintiff provided the authorization to allow LINA the ability to obtain her medical records. Plaintiff provided information for her treating providers including Michelle Gonzales and Javier Lopez. Shortly thereafter, Plaintiff

was provided short term disability benefits that began May 2019 to end on or about August 2019. Upon the conclusion of the coverage under short term disability benefits, the Plaintiff applied for Long Term Disability. On August 12, 2019, the Plaintiff remained unable to work and submitted the request for long term disability. LINA confirmed receipt of this application on September 11, 2019.

On or about November 2019, LINA denied the request for long term disability. The denial letter advised that Plaintiff was not functionally limited due to psychiatric or functional impairment. This denial letter also advised that LINA did not continue outreach to the Plaintiff's treating physicians. Under the policy terms, disability includes injury or sickness, and these terms are defined to include mental illness. LINA then upheld the denial of long-term disability benefits on or about February and March 2020.

Plaintiff continued to seek treatment with her treating physicians during the time the appeal to the denial of long-term disability benefits was sought. During this time, LINA provided Plaintiff with a letter requesting an extension of time due to the appeal being under review however, LINA did not continue outreach to the Plaintiff's treating physicians. While under appeal, LINA states that their own physicians reviewed Plaintiffs medical records to determine disability. There are no notes from LINA's physicians that they attempted contact with Plaintiff's treating physicians.

LINA improperly and unreasonably denied Plaintiff's long term disability request. Plaintiff's disabling condition was covered under the policy Plaintiff had with LINA.

*Defendant's Statement*:

Through her employment with Brown & Brown, Inc., Plaintiff was eligible to participate as a Class 2 participant in the Brown & Brown, Inc. Long Term Disability Plan (the "Plan"). The Plan is a welfare benefits plan governed by the Employee Retirement Income Security Act

of 1974 ("ERISA") and is insured through a group insurance policy issued by Life Insurance Company of North America ("LINA") to Brown & Brown.  LINA is the appointed claim administrator granted authority and discretion to interpret the Plan and make benefit determinations.  Plaintiff ceased working on May 14, 2019, at age 38, due to anxiety and depression.  She received short-term disability ("STD") benefits pursuant to Brown & Brown's STD program from May 29 through August 12, 2019 and initiated a claim for long-term disability ("LTD") benefits under the Plan on August 12, 2019.  Upon a thorough review of the file, including opinions by specialist reviewers, LINA denied Plaintiff's claim for LTD benefits based upon the determination that the records submitted did not support a finding of disability under the Plan.  LINA advised Plaintiff in written communications that she had submitted no records from any mental health provider.  Thereafter, Plaintiff submitted an appeal, but never submitted any records from a psychologist or mental health therapist.  During the appeal review, LINA obtained opinions by specialists board certified in neurology, psychology and occupational medicine.  Based upon its review of the entire file, including the opinions of the three specialist reviewers, LINA upheld its denial of Plaintiff's claim for LTD benefits.

As the Plan grants LINA discretionary authority, LINA's determinations under the Plan are entitled to deference. LINA properly exercised its discretion in considering Plaintiff's claim and there was a reasonable basis for LINA's determination that Plaintiff did not satisfy the Plan's requirements for receipt of LTD benefits.

**(2)** **<u>Basis of federal jurisdiction</u>**:

The Plaintiff filed this action pursuant to ERISA, 29 U.S.C. §1132.  Thus, there is federal question jurisdiction.

**(3)** **<u>Pleadings raising the issues</u>**:

Plaintiff's Complaint [ECF 1]; Defendant's Answer and Affirmative Defenses [ECF 6].

**(4)    List of all undisposed motions:**

LINA's Motion for Summary Judgment [ECF 18] remains pending at this time.

**(5)    Concise statement of uncontested facts that require no proof at trial**:

1.    Plaintiff worked as a Personal Account Manager for Brown & Brown, Inc., and was a Class 2 participant in the Brown & Brown, Inc. Long Term Disability Plan (the "Plan").

2.    The Plan is a welfare benefits plan governed by ERISA.  Brown & Brown is the Plan Sponsor and Plan Administrator.  The Plan is insured through a group insurance policy, LK-980281, issued by LINA to Brown & Brown.

3.    The LTD Plan is filed at ECF 19-2.  The claim file, commonly referred to as the "Administrative Record" or "AR" is filed at ECF 19-1.

4.    LINA is the appointed claim administrator for the Plan and granted with discretionary authority to adjudicate claims for benefits, including appeals of denied claims.

5.    Plaintiff's job was sedentary in nature and she was generally responsible for account management and sales of personal lines insurance products.  Plaintiff stopped working on May 14, 2019 (at age 38) due to anxiety and depression.

6.    Plaintiff received short term disability benefits through Brown & Brown's self-insured STD program from May 29, 2019 through August 12, 2019.

7.    Plaintiff initiated her claim for LTD benefits in August 2019.  LINA received records from Plaintiff's treating neurologist, Javier Lopez, M.D. ("Dr. Lopez"), for offices visits from May through September 2019.

8.    No records from any psychologist, psychiatrist or mental health therapist were submitted by Plaintiff.

9.    In conducting its review of Plaintiff's claim for LTD benefits, LINA obtained physician reviews by a board certified psychiatrist, Dr. Aneta Predanic, and a board certified neurologist, Dr. Nizar Souayah.

10. LINA notified Plaintiff that it was denying her claim for LTD benefits via letter dated November 14, 2019.

11. Plaintiff did not submit any new records during the appeal process.

12. During the appeal process, LINA had Plaintiff's file reviewed by the following medical specialists: (1) David Burke, MD, Board Certified in Neurology; (2) Elbert Greer Richardson, MD, Board Certified in Psychiatry; (3) Roger Belcourt, MD, Board Certified in Occupational Medicine.

13. On February 6, 2020, LINA sent Plaintiff copies of the three medical reviews obtained by LINA during the appeal process and invited her to provide any response by March 5, 2020. Plaintiff did not submit any response to the specialists' reports.

14. By letter dated March 5, 2020, LINA notified Plaintiff of its appeal determination upholding the denial of LTD benefits.

**(6)** **Statement of issues of fact which remain to be litigated at trial**:

1. Whether the Plaintiff satisfied the terms of the Plan for receipt of LTD benefits.

2. Whether LINA's decision to deny LTD benefits was reasonable based upon the documents submitted and contained in the Administrative Record.

**(7)** **Concise statement of the issues of law on which there is agreement**:

ERISA applies to this action and the determination of whether the Plaintiff is entitled to LTD benefits under the Plan.

**(8)** **Concise statement of issues of law which remain for determination by the Court**:

Whether LINA's denial of LTD benefits was reasonable and should be upheld, or whether Plaintiff is entitled to LTD benefits.

If LINA's decision is overturned by the Court, whether remand for further determination of psychological/mental impairment is warranted.

**(9)** **Trial Exhibits**:

As ERISA applies to this action, the parties will rely solely upon the Administrative Record and Plan which were previously filed with the Court.

**(10)** **Exhibit and Witness Lists**:

As ERISA applies to this action, the parties will rely solely upon the Administrative Record and Plan which were previously filed with the Court..

**(11)** **Estimated trial time**.

Two days.

**(12)** **Attorney's Fees**:

Pursuant to ERISA, 29 U.S.C. 1132(g), the Court, in its discretion, may award reasonable attorney's fees to the prevailing party.

Dated: September 3, 2021

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| /s/ Maria T. Santi | /s/ Shari Gerson |
| MARIA T. SANTI, ESQ. | SHARI GERSON, ESQ. |
| Florida Ba No. 117564 | Florida Bar No. 017035 |
| YOUR INSURANCE ATTORNEY, PLLC | GRAY \| ROBINSON, P.A. |
| 2601 S. Bayshore Drive, 18th Floor | shari.gerson@gray-robinson.com |
| Miami, Florida 33133 | 401 East Las Olas Blvd, Suite 1000 |
| Telephone: (305) 444-5969 | Fort Lauderdale, FL 33301 |
| health@yourinsuranceattorney.com | Tel: (954) 761-8111 / Fax: (954) 761-8112 |
| msanti@yourinsuranceattorney.com | -and- |
| eirazabal@yourinsuranceattorney.com | KELLY GARCIA |
| xb@yourinsuranceattorney.com | Florida Bar No. 0694851 |
| | kelly.garcia@gray-robinson.com |
| | GRAY \| ROBINSON, P.A. |
| | 301 E. Pine Street, Suite 1400 |
| | Orlando, FL 32802-3068 |
| | Tel.: 407-843-8880/ Fax: 407-244-5690 |