**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-25259-CIV-ALTONAGA/Torres**

**EUNICE LOPEZ**,

      Plaintiff,
v.

**LIFE INSURANCE COMPANY OF**
**NORTH AMERICA**,

      Defendant.
_____/

**FINAL JUDGMENT**

Pursuant to the Court's Order [ECF No. 31] granting Defendant, Life Insurance Company of North America's Motion for Summary Judgment [ECF No. 18], it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Defendant, Life Insurance Company of North America; and against Plaintiff, Eunice Lopez.

**DONE AND ORDERED** in Miami, Florida, this 21st day of September, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record